IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>ANNETTE K. CRAWLEY,<br><br>       Defendant. | 4:12CR3120<br><br>**DETENTION ORDER** |

  After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending trial.

  Based on the evidence presented,, the court finds by clear and convincing evidence that defendant's release would pose a serious risk of harm to the community and risk of defendant's nonappearance at court proceedings, and no condition or combination of conditions of release will sufficiently ameliorate that risk.

  Specifically, the court finds:

  The defendant's criminal record indicates a propensity to violate the law and orders of the court.  The defendant has impersonated others, uses several addresses, and has lied to avoid arrest.  She is the subject of a current Georgia warrant for using another's identity to obtain a student loan, and she cashed the student loan check received in another's name.
The defendant has limited contacts with any specific community.
The defendant has failed to appear for court proceedings in the past.
The defendant's pattern of untruthful conduct renders her unable to be supervised.

<u>Directions Regarding Detention</u>

  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

  November 15, 2012.

                      BY THE COURT:
                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge