IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ANNETTE K. CRAWLEY,<br><br>            Defendant. | **4:12CR3120**<br><br>**MEMORANDUM AND ORDER** |

      The defendant is the subject of a warrant from the State of Georgia. The court has been advised that the State of Georgia will extradite the defendant from Nebraska to Georgia if the defendant is released. Moreover, the proposal submitted by the defendant may ameliorate the defendant's risk of flight, but does not adequately address the risk of harm posed by her conduct if released.

      Accordingly,

      IT IS ORDERED that the defendant's motion review her detention and to investigate her release proposal, (Filing No. 17), is denied.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge