IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3120 |
| | ) | |
| v. | ) | |
| | ) | |
| ANNETTE K. CRAWLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing hearing (Filing No. 33).  The Court finds the motion should be denied.  Accordingly,

IT IS ORDERED that defendant's motion is denied.  The sentencing hearing remains scheduled for:

**Tuesday, April 30, 2013, at 9 a.m**.

Courtroom No. 4, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 29th day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court