IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         4:12CR3120
                              )
        v.                    )
                              )
ANNETTE K. CRAWLEY,           )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court after hearing. Having heard the arguments of counsel,

IT IS ORDERED:

1) Defendant's objection to the possession or use of an authentication feature is overruled.

2) The sentencing hearing is continued until:

**Tuesday, May 21, 2013, at 9 a.m.**

Courtroom No. 4, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 30th day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court