IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3120 |
| | ) | |
| v. | ) | |
| | ) | |
| ANNETTE K. CRAWLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion for release from custody pending appeal application for modification of detention order Fed. R. App. P. 23(d) (Filing No. 60).  Defendant alleges she is "likely to succeed on merits of appeal . . . ."  The Court notes the United States Court of Appeals entered an opinion (Filing No. 58) dismissing defendant's appeal, together with a corresponding judgment (Filing No. 59). Accordingly,

      IT IS ORDERED that defendant's motion for release from custody pending appeal is denied.

      DATED this 29th day of January, 2014.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court