IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3120 |
| | ) | |
| v. | ) | |
| | ) | |
| ANNETTE K. CRAWLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for release from custody pending appeal and an application for modification of detention order Fed. R. App. P. 23(d) (Filing No. 66).  Defendant alleges she is "likely to succeed on merits of appeal . . . ."  The Court notes the United States Court of Appeals has filed an opinion (Filing No. 58) dismissing defendant's appeal, together with a corresponding judgment (Filing No. 59).  Based on the decision of the Court of Appeals, the Court finds it is unlikely she will succeed on her Section 2255 claim.  Accordingly,

IT IS ORDERED that defendant's motion for release from custody pending appeal is denied.

DATED this 30th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court