IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        4:12CR3120
                             )
       v.                    )
                             )
ANNETTE K. CRAWLEY,          )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for copies (Filing No. 68), and her motion for appointment of counsel (Filing No. 69). The motion for copies to ascertain whether her Section 2255 motion was received is moot.

The Court has completed a review of the record in this case with respect to defendant's Section 2255 motion. Defendant has capably presented her arguments in support of the motion, with appropriate cites, and the Court does not believe that appointment of counsel would serve any purpose at this stage, other than to further prolong the resolution of this matter. The motion for appointment of counsel will be denied. Accordingly,

IT IS ORDERED:

1) Defendant's motion for copies is denied as moot.

2) Defendant's motion for appointment of counsel is denied.

DATED this 30th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court