IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:12CR3120
                               )
     v.                        )
                               )
ANNETTE K. CRAWLEY,            )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's affidavit or declaration in support of motion for leave to proceed *in forma pauperis* (Filing No. 76). The Court notes defendant has knowingly and expressly waived any and all rights to appeal her conviction and sentence, as well as any and all rights to contest her conviction and sentence in any post-conviction proceedings (Filing No. 23), and that waiver has been upheld by the United States Court of Appeals for the Eighth Circuit (Filing No. 58). For these reasons, her request to proceed *in forma pauperis* will be denied. Accordingly,

IT IS ORDERED that defendant's motion for leave to proceed *in forma pauperis* (Filing No. 76) is denied.

DATED this 12th day of June, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court