IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3120 |
| | ) | |
| v. | ) | |
| | ) | |
| ANNETTE K. CRAWLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the order of the
United States Court of Appeals for the Eighth Circuit (Filing No.
81) for determination by this Court as to whether a certificate
of appealability should issue, and if so, what issues are to be
considered on appeal.  After a review of the file and of the
previous orders of this Court, as well as those of the United
States Court of Appeals for the Eighth Circuit, the Court finds
no certificate of appealability should issue.  Accordingly,

IT IS ORDERED that no certificate of appealablity is
issued in this case.

DATED this 11th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court