IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3120 |
| | ) | |
| v. | ) | |
| | ) | |
| ANNETTE K. CRAWLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion requesting recommendation of twelve month RCC placement (Filing No. 87). The Court has reviewed defendant's motion and the response of the government (Filing No. 88), which notes that the original judgment and committal order (Filing No. 43) provides that "the defendant be given the maximum term of residential re-entry and the maximum term of community confinement that are applicable."

The probation office agrees that the defendant's request lies within the authority of the Bureau of Prisons. Accordingly,

IT IS ORDERED that defendant's motion requesting recommendation of twelve month RRC placement is denied. Any such determination will be made by the Bureau of Prisons.

DATED this 23rd day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court